UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| JEFFREY HEITZENRATER, Individually and on Behalf of Himself and All Other Persons Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>OFFICEMAX, INCORPORATED and OFFICEMAX NORTH AMERICA, INC.,<br><br>Defendants. | Case No. 12-cv-900 (WMS) (LGF) |

## NOTICE OF PLAINTIFFS' MOTION FOR CONDITIONAL CERTIFICATION

PLEASE TAKE NOTICE that, on June 28, 2013, Plaintiff Jeffrey Heitzenrater and the Fifteen Opt-ins (together "Plaintiffs") move this Court for an Order, pursuant to 29 U.S.C. § 216(b) conditionally certifying a collective action consisting of all current and former Assistant Store Managers employed by Defendants in the United States of America, except in California, at any time from September 21, 2009 to the present.  Plaintiffs are similarly situated to the putative collective action members because they perform similar job duties and responsibilities, they are subject to Defendants' uniform comprehensive corporate policies and procedures, they are all mis-classified as exempt from the Fair Labor Standards Act's overtime provisions, and they are not paid overtime pursuant to a common corporate policy.  Plaintiffs' Motion is supported by an accompanying Memorandum of Law and the Declaration of Seth R. Lesser with

exhibits attached thereto. Plaintiffs intend on filing and serving reply papers.

Dated: Rye Brook, New York  
       June 28, 2013

Respectfully submitted,

By: _____  
Seth R. Lesser  
Fran L. Rudich  
Michael J. Palitz  
Rachel E. Berlin  
KLAFTER OLSEN & LESSER LLP  
Two International Drive, Suite 350  
Rye Brook, New York 10573  
Telephone: (914) 934-9200

Gregg I. Shavitz*  
Susan H. Stern*  
Keith M. Stern*  
Paolo C. Meireles*  
SHAVITZ LAW GROUP, P.A.  
1515 South Federal Highway, Suite 404  
Boca Raton, Florida 33432  
Telephone: (561) 447-8888

Todd M. Schneider**  
Carolyn H. Cottrell**  
SCHNEIDER WALLACE COTTRELL KONECKY LLP  
180 Montgomery Street, Suite 2000  
San Francisco, California 94104  
Telephone: (415) 421-7100

*Attorneys for the Plaintiffs*

*Admitted *Pro Hac Vice*  
** *Pro Hac Vice* admission to be filed