# EXHIBIT I

In the Matter of:

**JEFFREY HEITZENRATER**

**v.**

**OFFICEMAX INCORPORATED, et al**

**JEFFREY HEITZENRATER**

*March 21, 2013*





**ALLIANCE**

COURT REPORTING, INC.

*Video Conferencing and Videography Center*

183 East Main Street ▪ Suite 1500 ▪ Rochester, NY 14604

585.546.4920 ▪ www.alliancecourtreporting.net ▪ 800.724.0836

Page 162

JEFFERY HEITZENRATER - BY MR. HUTTON
1
2   and were close to, you know, us.
3        Josh, as the store manager, did, you know,
4   compete at it and did very well too.  So overall
5   everybody was -- were good sellers.
6        Q.  Were there ever any occasions when you
7   lowered the price on an item so that you could incent
8   the sale of the MaxAssurance?
9        A.  Not that I recall.  I've heard of it being
10  done before, but not that I recall, no.
11       Q.  You did it, didn't you?
12       MR. PALITZ:  Objection.
13       Q.  You did it, didn't you?
14       A.  I don't think so.  Not that I recall.
15       Q.  As a manager, did you have authority to do
16  price overrides?
17       A.  We had authority, as well as the ImPress
18  supervisor and operations manager too, yes.
19       Q.  What's a price override?
20       A.  It's when you lower the price of a product
21  due to customer satisfaction or, you know, a product's
22  defective or not defective but has a scratch on it or
23  something, or it might be a display item, you know,
24  then we could discount the price.  Absolutely.
25       Q.  Or a customer might say, "Well, Staples

Page 163

JEFFERY HEITZENRATER - BY MR. HUTTON
1
2   has that for lower than OfficeMax.  Can you match
3   that?"
4        A.  Price match.
5        Q.  You could do that?
6        A.  There were lots of different reasons for
7   it.
8        Q.  Or a customer might say, "Hey, the sign on
9   the counter says that these are 79.99.  Don't tell me
10  it costs 89.99.  I want the advertised price on the
11  counter."  You'd have the ability to make it right
12  with a customer, wouldn't you?
13       A.  It was very rare, but there was a
14  possibility of that, sure.
15       Q.  I mean, that was part of your job to
16  resolve those issues, wasn't it?
17       A.  Included with others, yep.
18       Q.  And were there times when you used your
19  authority to lower the price so that you could say to
20  the customer, "I can get you this at a lower price so
21  that your MaxAssurance will be almost free"?
22       A.  No.
23       MR. PALITZ:  Objection.
24       A.  Absolutely not.
25       Q.  That would be against store policy,

Page 164

JEFFERY HEITZENRATER - BY MR. HUTTON
1
2   wouldn't it?
3        A.  Right.  I would assume.  It's against my
4   integrity.
5        Q.  Was your first month of work spent being
6   trained at Store 107?
7        A.  In Victor, New York.
8        Q.  Yeah.  And training store manager there is
9   Don Scalice?
10       A.  That is correct.
11       Q.  How long did you train at Don Scalice's
12  store?
13       A.  Three weeks or four weeks.  Something like
14  that.  I don't recall exactly.
15       Q.  What do you recall about the training at
16  that store?
17       A.  I recall a lot of computer work like --
18  like corporate would send down tests, like you'd watch
19  video or go through a thing, then take a test on it.
20       I recall unloading trucks with Don with a
21  forklift.  I recall gathering in the morning.  I'd
22  meet him there, and we would walk around the store
23  with a Telxon gun, which is like an inventory scanner,
24  and we would scan all the empty holes and down stock
25  and fill products.

Page 165

JEFFERY HEITZENRATER - BY MR. HUTTON
1
2        I remember spending about a week's time in
3   ImPress -- again, that's an estimate -- in ImPress for
4   how to print stuff, like, you know, flyers or things
5   of that nature.
6        What else do I remember?
7        Q.  Is ImPress -- just for the record, Impress
8   is a department of the store that does print services
9   and photocopying and creating documents and graphics;
10  right?
11       A.  Sure.
12       Q.  Yeah.  It's like its own business within
13  the OfficeMax store business; right?
14       A.  Um, I wouldn't say that, because there
15  was -- everybody there that worked there would work
16  ImPress, you know.
17       Q.  People would cross train?
18       A.  Right.  They would have to go in there and
19  work if the ImPress manager wasn't there.
20       Q.  Okay.  Do you recall anything else about
21  your training with Don Scalice -- and I'm going to
22  call it Store 107, because I forget the name of the
23  city.
24       A.  Victor.
25       Q.  You told me.

Page 166

JEFFERY HEITZENRATER - BY MR. HUTTON

1

2     A.  No.  Just a real nice guy.  I liked Don.

3     Q.  Did he teach you anything?

4     A.  Again, we did everything that I'd

5  mentioned from my memory recalls.

6     Q.  Did he talk about management skills and

7  assigning work and motivating people and how to be a

8  manager?

9     A.  We spent very little time on that sort of

10  stuff, simply because there was so much work to be

11  done in the store, such as, you know, like I mentioned

12  before, down stocking, scanning holes.  I learned how

13  to run the register for a few days.

14        And, you know, for the time that I was

15  there, there just wasn't enough time to go into how to

16  be a good manager.  That basically came from, you

17  know, the computer programs that we did, and there was

18  very few of them, you know, on there about that.

19        I remember taking a lot of tests about,

20  like, the electronics and things of that nature.  You

21  know what I mean?

22     (The following exhibit was marked for

23     identification:  EXH Number 11.)

24     Q.  Showing you what's been marked for

25  identification as Exhibit 11.  This is a, I guess a

Page 167

JEFFERY HEITZENRATER - BY MR. HUTTON

1

2  four-page document that purports to be a management

3  training calendar, external hire.  And it kind of lays

4  down different topics that are covered on a 20-day

5  training period.

6     A.  It was only 20 days?  I thought it was

7  longer than that.  Yeah, that's four weeks.  Yeah.

8     Q.  Did your training more or less follow this

9  calendar?

10     A.  Yeah.  Don was very, very good about, you

11  know, the calendar we used.  I believe this is the

12  same one.

13     Q.  Okay.  And were there any topics that he

14  didn't -- on this calendar that he didn't cover with

15  you in your training?

16     A.  I believe there might have been a few that

17  were computers, computer programs or something, that

18  he said, "You know that already.  You don't really

19  need to get at it."

20        But, you know, for the most part if we

21  didn't talk after a long time, we briefly went over

22  it.

23     Q.  That kind of ended with three days of post

24  assessment and personalized coaching; right?

25     A.  Yeah, I guess.  I don't really remember.

Page 168

JEFFERY HEITZENRATER - BY MR. HUTTON

1

2  I only have 15 days on there.  Oh, there's 20.

3        Yeah, I don't really remember.  I just

4  remember him saying, "Okay.  Have fun."  Then I left

5  and went to the other store.

6     (The following exhibit was marked for

7     identification:  EXH Number 12.)

8     Q.  I'm showing you what's been marked for

9  identification as Exhibit 12.  This is a big thick

10  packet of paper called Retail Management Training

11  Participant Guide, OfficeMax University.

12        And were you provided with one of these

13  critters as part of your training?

14     A.  Yes.  Yep.

15     Q.  And I take it you went through it and he

16  went through it?

17     A.  We would go through it day to day and

18  pages at a time, sure.

19     Q.  And to the best of your knowledge did he

20  cover all the stuff in here?

21     A.  Well, again, not all of it.  We did skip

22  over some of it simply because it didn't serve a

23  purpose or felt like it wasn't important.  But I don't

24  remember what there was that we did skip over.

25     Q.  Okay.  But it was all there as a resource

Page 169

JEFFERY HEITZENRATER - BY MR. HUTTON

1

2  for you in your training; am I right?

3     A.  Yeah.

4     Q.  And I'm not going to go through all of

5  this.  I do have a few questions.

6        Could you turn to page -- when I say page

7  number, I'm referring to those Bates numbers.

8     A.  Oh.

9     Q.  5090.

10     A.  Okay.

11     Q.  Talks about sales reports.  And Don talked

12  to you about sales reports, didn't he?

13     A.  Yeah.  He may have went over them briefly.

14     Q.  And --

15        MR. HUTTON:  Sorry about that.  I'm told

16  I'm bumping the microphone.

17     Q.  And did he talk to you about how to create

18  plans to improve the sales performance, the store's

19  performance on sales reports?

20     A.  There was so much in this book, I don't

21  personally recall it.  But Don, he was quite good with

22  going through everything.  But I don't remember that

23  myself.

24     Q.  Okay.  Page 5097.  Remember the daily

25  store tour?

Page 178

JEFFERY HEITZENRATER - BY MR. HUTTON
2    A. It's possible. I don't know though. I
3 can't remember.
4    Q. Okay.
5    A. I don't know what it is now.
6    Q. You say you also, in addition to these
7 written materials, apparently you watched a bunch of
8 videos?
9    A. Yeah.
10    Q. And Don did a fair amount of, sort of
11 on-the-job mentoring with you during that month; is
12 that right?
13    A. Yeah. Don was always there with me.
14    Q. Were there other people besides Don who
15 helped to train you to become an assistant store
16 manager during that four-week period?
17    A. Well, I trained with some cashiers, and I
18 trained with the ImPress manager in Victor, and I
19 trained with some tech specialists, you know, around
20 the Victor store.
21    Q. Can you summarize for us what you learned
22 from those people or from your training experience?
23    A. Well, the girl in Victor -- I can't
24 remember her name. She was from a different country.
25 I can't remember her name. But she still is, you

Page 179

JEFFERY HEITZENRATER - BY MR. HUTTON
2 know, when I left, very good at MaxAssurance sales.
3 She led the store. And Victor is good at that. So I
4 spent some time with her in her training -- not
5 training but telling me how she sells MaxAssurance.
6 So I guess that might have helped me out in that
7 aspect.
8        Then I went through the furniture
9 department with the furniture specialist and he showed
10 me, like, a nightly thing, to clean, you know, to get
11 it cleaned up and dust and stuff like that.
12        Boy. Where was I even going with this?
13        Again, the ImPress guy I spent a few days
14 with, week -- I don't know how long it was -- but
15 there was a lot of stuff to learn in there, and then a
16 day or two on the cash register.
17        And then a few days in the cash office
18 learning how to close the store, countdown the drawers
19 and things of that nature. Unloading a truck,
20 checking it in. I don't know. I guess --
21    Q. All the kinds of things that were on
22 Exhibit 11; right?
23    A. Most of them.
24    Q. And in some cases those kind of fall into
25 the category of learning how a job is done so that you

Page 180

JEFFERY HEITZENRATER - BY MR. HUTTON
2 could manage others who were doing that job; right?
3        MR. PALITZ: Objection.
4    A. Possibly.
5    Q. Okay. And in other cases it might be
6 learning something about OfficeMax's way of doing
7 business or the operating procedures and policies and
8 protocols; right?
9    A. Say that one more time for me, would you?
10    Q. Yeah. And perhaps another category of
11 training might be learning how OfficeMax did things:
12 Protocols, standards, guides, the way in which things
13 are done in an OfficeMax store?
14    A. Yeah, I mean, the management training
15 program that I went through with Don, again, he was --
16 followed it very closely.
17    Q. And the whole purpose behind all that was
18 so that you could then go back to your store and help
19 manage it; right?
20    A. I mean, I suppose, but, you know, that's,
21 you know, not what happened, unfortunately.
22    Q. Towards the end of your -- well, what were
23 the most important things that you learned about managing
24 an OfficeMax store from that month of training?
25        MR. PALITZ: Objection.

Page 181

JEFFERY HEITZENRATER - BY MR. HUTTON
2    A. Not real certain. They had, like,
3 guidelines. Clean store. I'm sure there is something
4 about customer service. It's been so long I hardly
5 remember it.
6    Q. "Clean, well stocked and customer
7 service."
8    A. Yeah.
9    Q. What does that mean?
10    A. Well, again, when we were going around
11 scanning the holes, keeping the holes filled.
12        Good customer service, you know, if
13 there's a person walking around, go greet them rather
14 than let them stand there.
15        And what was the other one? Clean store.
16 Clean everything. Like cleaning the furniture, clean
17 the lighting and shelving, you know, shelving that has
18 dust on it after time and lights and things of that
19 nature.
20    Q. It can kind of impact sales if you have a
21 clean, receptive place, a store for people to shop in;
22 right?
23        MR. PALITZ: Object.
24    A. From my previous experience at Budget, you
25 know, you got to know the background there a little

Page 206

1   JEFFERY HEITZENRATER - BY MR. HUTTON
2        A. Right.
3        Q. And in round terms, you started working as
4   an assistant manager in that store on or about
5   February 1st; right?
6        A. Yeah, very close.
7        Q. And you -- that would be your role for
8   about eight and a half months before your resignation;
9   right?
10       A. Roughly.
11       Q. And in that limited time were you
12  continuing to learn the job?
13       A. In the beginning, you know, when it was
14  just me there, I did every effort, you know, to learn,
15  to be a good -- hopefully a good assistant manager was
16  my goal. So I asked Joe questions when we were doing
17  the store walks and stuff about cleaning and things of
18  that nature, and why to do it that way. So, you
19  know -- and so, yeah, I wanted to.
20       And then, you know, when Josh came, I just
21  didn't have that ability. You know what I mean? I
22  just didn't have that ability to do that.
23       Q. And when in that period of time did you
24  lose the ability to learn how to do the job?
25       A. Well, it wasn't that I lost the ability to

Page 207

1   JEFFERY HEITZENRATER - BY MR. HUTTON
2   learn how to do the job. It was the ability to manage
3   the facility is what I lost when Josh came there,
4   simply because he had everything set the way he wanted
5   and that was it.
6        Q. So during your time at an OfficeMax store,
7   did you ever work through the holiday season, a
8   Christmas season?
9        A. Not Christmas. Back to school.
10       Q. Okay, which is a busy period at OfficeMax?
11       A. I think it's one of the busiest.
12       Q. But you didn't work through a holiday
13  period, a Christmas period rush, did you?
14       A. No. I think Easter was one. Maybe that
15  was a holiday. I don't remember. I know there was
16  back to school and Christmas and that's what I
17  remember.
18       Q. And if I'm not mistaken, performance
19  reviews at OfficeMax are typically done on a
20  particular cycle in January; right?
21       A. I don't remember when he did the review or
22  whatever.
23       Q. Well, did you work at the store at the
24  time when reviews were to be done for the associates
25  and the hourly employees who worked at that store?

Page 208

1   JEFFERY HEITZENRATER - BY MR. HUTTON
2        MR. PALITZ: Objection.
3        A. I really don't remember that. I don't
4   remember that exactly, no.
5        Q. Okay. All you know is that you never
6   assisted on any performance reviews; right?
7        A. I really don't remember that.
8        Q. Have you ever heard the expression that
9   every day in retail is different?
10       A. I don't think so.
11       Q. Okay. Is every day in retail a different
12  day?
13       A. It seemed very monotonous to me as far as
14  ongoing same stuff. And like I said before, when I
15  had that discussion with Joe, when I was, you know,
16  upset and I wanted to find employment elsewhere,
17  whatever, you know, I told him, I said, every day is
18  down stocking, filling the binder wall, you know, and
19  that's what it seemed like to me.
20       Q. Okay. Let me ask just a few questions
21  about Store 898. I may have covered this and I
22  apologize. I try not to be repetitive.
23       But what were the annual sales revenues at
24  that store?
25       A. Yeah. I'm not really 100 percent sure on

Page 209

1   JEFFERY HEITZENRATER - BY MR. HUTTON
2   the exact numbers.
3        Q. Okay. Was it more or less than three and
4   a half million dollars?
5        MR. PALITZ: Objection.
6        A. Yeah. I'm not real sure. I remember, you
7   know -- I think it was two -- I thought, two and
8   change, or more than that maybe. But it was just
9   brief that we went over it with Josh one time.
10       Q. Do you know how the revenues at that store
11  compared to other OfficeMax stores?
12       A. I know that when I got hired, I believe
13  someone had mentioned to me -- and I don't know who
14  exactly it was -- but they said it was a smaller
15  store.
16       Q. How many square feet was the store, if you
17  know?
18       A. Oh, I have no idea on the square footage.
19       Q. Where was the store located, what part of
20  Batavia?
21       A. What do you mean, like north, east, west?
22       Q. Yeah. I don't know Batavia real well. I
23  drove by it on the freeway. That's my knowledge.
24       A. North I guess it would be.
25       Q. What's the neighborhood like in that

Page 222

JEFFERY HEITZENRATER - BY MR. HUTTON
1
2  carrier?
3      A. Yes.
4      Q. And a key carrier is essentially someone
5  who has a key to the building and has an alarm code
6  and can do the things you just mentioned; right?
7      A. Correct.
8      Q. In fact, a key carrier can be an MOD;
9  right?
10     A. Well, the sales supervisor, whatever their
11  title. I mean, they changed it again. I don't know.
12  But he had a key, you know, and was able to be MOD,
13  too, on the --
14     Q. On that schedule that we looked at?
15     A. Right. Yeah.
16     Q. So let's go to that position.
17        What are the full-time positions -- and by
18  the way, the op supervisor was a full-time job; right?
19     A. Right.
20     Q. What other full-time positions existed in
21  the store?
22     A. Well, there was a tech specialist and a
23  furniture specialist, ImPress manager, and I think
24  that's it. I mean, I can't remember anything else.
25     Q. And the tech specialist and furniture

Page 223

JEFFERY HEITZENRATER - BY MR. HUTTON
1
2  specialist all kind of later became known as a sales
3  specialist; right?
4      A. I think it was -- don't quote me on
5  this -- I think it was demotion to go from a tech
6  specialist to a sales specialist. I think it was a
7  demotion, but I'm not positive.
8      Q. Okay.
9      A. Because a tech specialist and a furniture
10  specialist had keys to get in and out of the store and
11  open and close. The sales specialist now only has
12  keys to lock up. When they make a sale of a computer,
13  they go in and get it out.
14     Q. I think the term they use for that is an
15  internal key carrier.
16     A. Okay.
17     Q. As opposed to like an external key
18  carrier, meaning a key that let's you into the store
19  when it's locked up at night?
20     A. That is right.
21     Q. So what did these tech specialists and
22  furniture specialists and sales specialists do?
23     A. What was their function at the store? As
24  I said, I mean, basically the ops manager was the same
25  exact thing that I did. The sales specialist, their

Page 224

JEFFERY HEITZENRATER - BY MR. HUTTON
1
2  goals were to oversee sales, focus on selling of
3  electronics and things like that.
4      Q. Or furniture?
5      A. From my knowledge, and, again, I don't
6  remember it's been so long. But then, again, they're
7  also stocking the store and making, you know, the,
8  quote, unquote, "goals" or achievements that they call
9  it at OfficeMax. Full stocked. Clean.
10     Q. Okay. Then the ImPress supervisor, what
11  did the ImPress supervisor do?
12     A. Did -- he, you know, managed his ImPress
13  department. Basically did all the printing, dealing
14  with customers, pricing. Pretty much everything to do
15  with ImPress when he was there.
16     Q. Okay. Also a full-time job?
17     A. Full time.
18     Q. And also a key carrier; right?
19     A. Our store I don't think he was. I don't
20  think they -- they were working on it.
21     Q. Then underneath those were part-time
22  employees; right?
23     A. Well, they -- some of them, I think, work
24  full time.
25     Q. Okay. And what was the title under the

Page 225

JEFFERY HEITZENRATER - BY MR. HUTTON
1
2  people that we've mentioned? Were they all called
3  associates?
4      A. I'm not really 100 percent sure. Sales
5  associates maybe.
6      Q. And what did the associates in the store
7  do?
8      A. Everything everyone else did. You know,
9  whatever we were doing, you know, stocking, cleaning,
10  changing price tags, filling holes, you know, top
11  stocks, like straightening them and things like that.
12  We'd all ImPress as well. You know, if the ImPress
13  manager wasn't there, we'd have to work that.
14  Cleaning, just stuff like that I guess.
15     Q. Okay. Essentially, whatever they were
16  assigned to do; right?
17     A. I mean, everyone basically that was there
18  knew what they had to do. Know what I mean?
19     Q. So about how many part-time associates
20  worked in the store?
21     A. I wouldn't remember the exact number. I
22  have no idea. I didn't count them at any given time,
23  so I'm not 100 percent sure.
24     Q. Do you feel comfortable going with a
25  number that you had in your LinkedIn, which was 25?

Page 242

JEFFERY HEITZENRATER - BY MR. HUTTON
1
2  had our ups and downs.  I wouldn't say that, you know,
3  I'm upset at Josh or anything like that after leaving
4  the company.
5        But, you know, I think, you know, we went
6  in there to buy a computer from OfficeMax when we
7  started our business 'cause, you know, I figured I
8  don't have really anything too terrible against them,
9  other than the fact of working lots of hours, so I'll
10  throw them some business.  And so we went in there
11  and, you know, he wouldn't even say hello.  So at that
12  point I knew that he didn't -- you know, he walked
13  right by me and didn't look at me.  So I knew at that
14  point, prior to the lawsuit -- prior -- he didn't like
15  me, so...
16     Q.  Did he ever give you any feedback on your
17  performance good or bad?
18     A.  Not that I recall other than he did a
19  review on me just recent after he got there, I think
20  or, you know, a second one or, however.  I don't
21  remember.  But I think that, you know, the review was
22  somewhat good.
23     Q.  That would have been what they call a
24  quarterly review?
25     A.  Sure.

Page 243

JEFFERY HEITZENRATER - BY MR. HUTTON
1
2     Q.  Right?
3     A.  Sure.
4     Q.  Okay.  Did he give you any formal or
5  informal feedback about the amount of time that you
6  were spending in the office when he wasn't working?
7     A.  I don't believe so.
8     Q.  Did you spend a lot of time in the office
9  during the workday?
10     A.  Um, not any more than anybody else did.
11     Q.  How much time is that?
12     A.  Well, a lot of my time was spent out on
13  the floor doing work.  You know, very rarely, if Josh
14  didn't complete the schedule or something like that,
15  I'd have to go in there and kind of learn it by the
16  seat of my pants.  So it would take a little bit of
17  time to get the schedule put together.  And then the
18  next day he'd come in and change the whole entire
19  thing after I invested tons of time in doing it.
20     Q.  So you would work on the schedule in the
21  office.  What other kinds of work would you do in the
22  office?
23     A.  Printed planograms, because Josh created a
24  planogram file so the associates could come in the
25  office and get a planogram and go do it.

Page 244

JEFFERY HEITZENRATER - BY MR. HUTTON
1
2     Q.  That doesn't take long though.
3     A.  They're like 30 pages long and there's 70
4  of them a week.  So, yeah, they're pretty long.
5  Updating the sales board.  MaxAssurance.
6     Q.  When you say "updating the sales board,"
7  what does that mean?
8     A.  There's a MaxAssurance board that we had
9  in there that was created by our ImPress department,
10  and it basically just said everybody's name and then
11  it had their MaxAssurance sales percentage next to it.
12     Q.  So you would track sales statistics for
13  each associate on MaxAssurance?
14        MR. PALITZ:  Objection.
15     A.  MaxAssurance, yes.  Yeah.
16     Q.  And you would post that on a board in the
17  office?
18     A.  Right.  Whoever was the, you know, the
19  person there would do it every day.
20     Q.  And what other work did you do in the
21  office?
22     A.  I don't really remember.  It was so long
23  ago.  I have no idea.
24     Q.  Did you read and respond to emails?
25     A.  When Joe would email me, yes, I'd respond

Page 245

JEFFERY HEITZENRATER - BY MR. HUTTON
1
2  to him.
3     Q.  There's a computer terminal in the office?
4     A.  Computer terminal.  What do you mean
5  "terminal"?  Yeah.  There's a computer there?
6     Q.  And OfficeMax corporate sends lots of
7  information to the store through that computer, does
8  it not?
9     A.  Well, there's two different portals.
10  There's one, you know, for everybody, and there's one
11  for the store manager.  So he would handle all the,
12  like, corporate information for the company.
13     Q.  Well, let's -- let me try to be specific.
14        The store manager has his own computer
15  with his name and the email address; right?
16     A.  Right.
17     Q.  And then there's a portal for Store 898?
18     A.  Right.
19     Q.  And that's a computer where things come
20  in --
21     A.  Planograms.
22     Q.  -- available for everyone in the store;
23  right?
24     A.  Planograms and things like that.
25     Q.  And if there were corporate initiatives or

Case 1:12-cv-00900-WMS-LGF   Document 57-9   Filed 06/28/13   Page 9 of 23

03/21/2013 - Jeffrey Heitzenrater                                    254..257 of 356

Page 254

JEFFERY HEITZENRATER - BY MR. HUTTON
1 ensure flawless execution of those planograms?
2 **A. I usually did them, so I executed them**
3 **well, I think.**
4    Q. Is there anyone else in that store who
5 worked on planograms but you?
6    **A. A lot of people, even the store manager.**
7    Q. Who all worked -- who didn't work on the
8 planograms?
9    **A. The ImPress supervisor, or manager,**
10 **whatever his title was.**
11    Q. Did you support the store manager in
12 creating a sales culture that increased the sales?
13       MR. PALITZ: Objection. Asked and
14 answered.
15    **A. You know, Josh really wanted to, like I**
16 **said, put together a sales board for the MaxAssurance.**
17 **When you say "sales" and I think OfficeMax, that is**
18 **what I think of is MaxAssurance. That's what they**
19 **focused on. So we would, you know, fill out the**
20 **board, you know, for the sales goals or culture,**
21 **whatever you call it.**
22    Q. And I think this is actually broader than
23 MaxAssurance. It says: In a sales culture that
24 increases sales.

Page 255

JEFFERY HEITZENRATER - BY MR. HUTTON
1    Did you support the store manager in a
2 sales culture that increases sales?
3       MR. PALITZ: Objection.
4    **A. Um, "Sales culture that increases sales."**
5    **What do you mean? Like a warm, fuzzy**
6 **building or something. What does that mean?**
7    Q. I think it has to do with informing and
8 motivating people?
9    **A. Oh. No then.**
10    Q. Says that they will do their jobs well?
11    **A. No. Okay. Yeah. I basically -- if I**
12 **motivated anybody, it was by example, you know, by me**
13 **being able to sell at a high level.**
14    Q. Did you adhere to and enforce high levels
15 of professionalism, work ethic and work quality?
16       MR. PALITZ: Objection.
17    **A. I believe I was very professional and, you**
18 **know, I had a good work ethic, and my quality, you**
19 **know, I made sure it was okay.**
20    Q. Yeah. I think this position description
21 is probably referencing something else.
22    Did you enforce high levels of
23 professional work ethics and work quality between and
24 among other sales associates and employees in the

Page 256

JEFFERY HEITZENRATER - BY MR. HUTTON
1 store?
2       MR. PALITZ: Objection.
3    **A. Not that I recall.**
4    Q. In other words, did you make sure that the
5 employees were working hard when they were working on
6 your shift?
7       MR. PALITZ: Objection.
8    **A. I made sure when Josh left a list, that it**
9 **got done, yes.**
10    Q. And if somebody was goofing off, as long
11 as the list got done, that was okay with you. Is that
12 what you are saying?
13       MR. PALITZ: Objection.
14    **A. It was tough for me to keep track of**
15 **everybody, you know, when I was in the back working,**
16 **you know, or in the aisles working, you know.**
17    Q. Wasn't that your job, to keep track of
18 other people working?
19    **A. According to the list, it wasn't.**
20    Q. So if Josh forgot to write on his list,
21 "Make sure other employees are working hard and doing
22 their jobs and doing quality work," that was not in
23 your mind a task or function that you had to do that
24 day?

Page 257

JEFFERY HEITZENRATER - BY MR. HUTTON
1    **A. Well, I feel like, you know, my time**
2 **there, I was, you know, basically a robot and did what**
3 **I was told. And that's basically, you know -- why I**
4 **didn't do a lot of these things and why I spoke to Joe**
5 **Nosko, and why I told him how I felt about the work**
6 **and the job.**
7    Q. Is there anything on this job description
8 that you did while you were working for Josh?
9    **A. Sure. Let me check through it.**
10    (There was a pause in the proceeding.)
11    **A. Perform cash pulls. Made change orders**
12 **and deposits with corporate policies. I did that.**
13    Q. What number is that?
14    **A. Nine.**
15    **We didn't really have a planning day, so I**
16 **would rule No. 8 out. Josh didn't really plan on his**
17 **planning day.**
18    Q. Did you act as the store manager on the
19 two days he was not scheduled to work?
20       MR. PALITZ: Objection.
21    **A. I basically did what I was told when I was**
22 **there alone or with Mike. Everybody knew what they**
23 **had to do.**
24       MR. PALITZ: Tim, I'd appreciate it if you

JEFFREY HEITZENRATER v. OFFICEMAX INCORPORATED, et al
800.724.0836 - Alliance Court Reporting, Inc. - 585.546.4920

Page 266

JEFFERY HEITZENRATER - BY MR. HUTTON
1
2  but according to standard, yes, they're all
3  responsibilities of MOD.
4      Q.  And you correctly anticipated my next
5  question, and that is:  At least for you, when you
6  were MOD at Store 898, which of these didn't you carry
7  out?
8      A.  It really depended.  You know, like I
9  said, it depended on what Josh put on a list.  If it
10  wasn't on there, then it wasn't carried out.  It
11  changed day to day.  It really did.  I mean, not every
12  day when you're on MOD, customer experience is top
13  quality.  Every associate is doing that.
14      They're making sure their customer
15  experience is top priority, because I -- even if I was
16  MOD across the store, I wouldn't know what an
17  associate is telling a customer or something.  So they
18  all know that customer service is top priority.
19  Right?  So that would be one thing.
20      Operational process to standard.  Again, I
21  don't think so.
22      Follow up and complete retail news posting
23  items.  Maybe if that -- okay, so those are price
24  changes.  Those would have to be done.  So whoever was
25  MOD would do that or direct somebody to do it in that

Page 267

JEFFERY HEITZENRATER - BY MR. HUTTON
1
2  particular situation.
3      Q.  Right.
4      A.  That's -- I mean, no coach customer
5  experience and selling behaviors.
6      Q.  When you say "no coach customer experience
7  and selling behaviors," were you telling me that's not
8  something you would do?
9      A.  Not me particularly, nope.
10      And then ImPress is achieving production
11  of customer orders.  Not that I recall.
12      Customer opportunities -- front checkout
13  process.
14      I don't know.  I'd say that's about it
15  from what I can remember.
16      Q.  Okay.  Were there other things that you
17  did while you were MOD that aren't on this list?
18      A.  Not that I recall.
19      Q.  But mostly what you would do when you were
20  MOD is whatever Josh wrote on a list that he left
21  behind?
22      A.  For the most part.
23      Q.  So as an example, trucks would deliver
24  what they call them "PowerMax" deliveries to the
25  store; right?

Page 268

JEFFERY HEITZENRATER - BY MR. HUTTON
1
2      A.  Uh-huh.
3      Q.  And those deliveries to that store came,
4  what, two days a week?
5      A.  It changed depending.
6      Q.  But it was two or three days a week?
7      A.  Could be.
8      Q.  And they typically came in on certain
9  days, but they sometimes kind of surprised you and
10  came in on another day; right?
11      A.  It's possible.  I think that they -- from
12  what I can remember, I think they were all pretty
13  consistent.
14      Q.  So if -- and maybe this never happened --
15  but if Josh forgot to write on his list, "Make sure
16  you receive the truck and unload the merchandise," and
17  the truck shows up, what would you do as an MOD if the
18  truck showed up?
19      A.  Well, the guy would come in the store --
20  because that's happened -- the truck driver and say,
21  "I need someone to unload my truck now," so I'd go
22  back there and --
23      Q.  You wouldn't say, "Well, Josh didn't put
24  that on my list so come back tomorrow"?
25      A.  In that particular situation, it would be

Page 269

JEFFERY HEITZENRATER - BY MR. HUTTON
1
2  assumed it needs to be done.
3      Q.  And you might jump back and do it because
4  the person who receives the truck has to unlock the
5  door and account for the merchandise coming in the
6  door; right?
7      A.  Receive the truck.
8      Q.  Right.  That's called receiving the truck.
9      A.  Right.
10      Q.  And you need to then pull two, three
11  pallets off the truck; right?
12      A.  Five or six sometimes.
13      Q.  How often was it five or six compared to
14  two or three?
15      A.  It seemed more often than not.  We had a
16  small receiving department so, you know, the holiday
17  seasons were bigger than others.  But preparation to
18  those, we received a lot of stuff off the truck.
19      Q.  Okay.  Just curious.  How long does it
20  take you to move six pallets 30 feet?
21      A.  Not long.  That's the easy part.  The
22  tough part is breaking them all down and put them in
23  carts, separating them, going out, putting them on the
24  shelf, odds and ends stuff.  That's the hard part.
25      Q.  Except for one thing.  That part doesn't

Page 274

JEFFERY HEITZENRATER - BY MR. HUTTON

1 workday on a day when you opened; putting up stock,
2 waiting on customers and then time to go home?
4     **A. It's a long workday. There's time for a**
5 **lot of different stuff, you know.**
6     Q. That's what I'm trying to figure out.
7     **A. I could run the register for a while. If**
8 **there was a lapse in a cashier or something, you know,**
9 **I would run the register.**
10     **If the ImPress guy wanted to take a lunch,**
11 **which he did, I would go back and work ImPress. So I**
12 **did, you know, everything really. You know, it's what**
13 **we did.**
14     Q. Now, if you're stuck on a register and
15 stuck over on ImPress, can you do these MOD
16 responsibilities, assuming you're MOD at the time?
17     **A. I don't think so. And that was an issue**
18 **that I think that store had. You know, as far as my**
19 **knowledge goes, I know we had that problem.**
20     Q. Why do you say that?
21     **A. Because there was just no ability to do**
22 **MOD tasks, you know, like, according to the standard,**
23 **or whatever, and the training I went over with Don and**
24 **the way that Melissa allowed me to do it on a very**
25 **rare basis.**

Page 275

JEFFERY HEITZENRATER - BY MR. HUTTON

1
2     **With Josh, you know, it was get done what**
3 **he wants done, you know, and it was tough to deal**
4 **with. But that's what it was.**
5     Q. Did it ever occur to you that that store
6 under Josh might have been kind of an anomaly?
7     MR. PALITZ: Objection.
8     **A. I have no idea, really, how other stores**
9 **are run. Like I said before, I'm not sure.**
10     Q. Would you expect all OfficeMax stores
11 would be run that way?
12     MR. PALITZ: Objection.
13     **A. I wouldn't know.**
14     Q. Do you know why they would train you to do
15 something you were never going to do?
16     MR. PALITZ: Objection. Calling for
17 speculation.
18     **A. Well, I worked ImPress, and I was trained**
19 **on that, and I worked unloading trucks, and I was**
20 **trained on that. I worked cash register, and I was**
21 **trained on that. You know, I closed drawers, opened**
22 **the store. I was trained on that.**
23     **But just as far as MOD duties and being**
24 **the manager on duty, it just wasn't seen. You know,**
25 **we just didn't do it.**

Page 276

JEFFERY HEITZENRATER - BY MR. HUTTON

1
2     Q. Well, you know, with that opening of the
3 store, would you do something called a "store tour"?
4     **A. That -- remember we talked about the list?**
5 **We would put that onto the store tour.**
6     Q. And other people have mentioned that you
7 often did walk around with a legal pad; right?
8     **A. Yes, I did.**
9     Q. And you would -- the legal pad had things
10 that needed to be done that you wrote, not things to
11 be done that Josh wrote.
12     **A. From Joe Nosko's direction I would write**
13 **on legal pads, like I mentioned before.**
14     Q. Right.
15     **A. Right. And it would be a long list, so it**
16 **would take a while to get through it.**
17     Q. And part of what you had to do was decide
18 what was going to be done and not get done on a given
19 day; right?
20     MR. PALITZ: Objection. Asked and
21 answered.
22     **A. Okay. Start over again.**
23     Q. Part of what you would have to decide is
24 what's going to get done or not done in a given day;
25 right?

Page 277

JEFFERY HEITZENRATER - BY MR. HUTTON

1
2     MR. PALITZ: Objection. Asked and
3 answered.
4     **A. Well, you know, Joe would give me the**
5 **list. We'd walk the store, and he'd want me to take**
6 **notes. And then he would write it on there by**
7 **importance level of being completed, and that's how we**
8 **determined how to do it.**
9     Q. Back up. I wasn't talking about Joe's
10 list. I was talking about the list that you wrote.
11     **A. You said the legal pad. And the time that**
12 **I wrote on legal pads was when I was the person there**
13 **with Joe.**
14     Q. Didn't you write on legal pads when you
15 were opening the store and Joe was nowhere to be seen?
16     **A. Not that I recall, no.**
17     Q. Okay. So I asked you about your -- what
18 you would do on those days when you opened the store.
19     Can you describe an average day for me on
20 those days when you were closing?
21     **A. Well, it would get a little slower towards**
22 **the nighttime. You know, you get there at whatever**
23 **time, 12 o'clock, and work until 10 on the weekdays, I**
24 **think it was. And, you know, you get there and Josh**
25 **would be there until 5. So he would immediately want**

Page 278

JEFFERY HEITZENRATER - BY MR. HUTTON

1  to take a lunch when I got there.
2       So we'd go over a few things.  He'd be
3  like, "We need this planogram done.  We need this,
4  this and this.  That's what I want you really to focus
5  and work on tonight."  He'd go to lunch and come back
6  and I'd be busy at work doing what I had to do.  And
7  then it would slow down.  That would be that.
8       Q.  Okay.
9       A.  We'd close the door --
10      Q.  And what would you do when it slowed down
11  during the evening?  How would you spend your time?
12      A.  Usually his list would last a few days.
13  It wasn't just a -- you know, he wouldn't give me just
14  enough work to be done and work on something else.
15  But if it ever were to occur where I -- where I had
16  extra time, I would dust or clean the printers to make
17  them look sharp and nice simply because Joe focuses on
18  that and wanted it to be clean.  So that's what I did.
19      Q.  Do you have any of these lists that Josh
20  would give you?
21      A.  No.
22      Q.  Can you give me a list of the sorts of
23  things that he put on his list so that I can get a
24  better grasp of what he told you to do?

Page 279

JEFFERY HEITZENRATER - BY MR. HUTTON

1       MR. PALITZ:  Objection.  Asked and
2  answered.
3       A.  As I said before, all it is basically that
4  I can remember, is down stocking, fill a binder wall.
5  Every time I come in, "The binders are really messed
6  up.  Go fill a binder wall."  That's what I remember
7  from it.  The list I couldn't tell you.  There was
8  different stuff on it all the time.
9       Q.  Don't assume anything into this, but how
10  long can it take to down stock?
11      A.  Binders?
12      Q.  Yeah.
13      A.  That's the worst job there.  Have you ever
14  been in an OfficeMax?
15      Q.  Oh, yeah.
16      A.  Have you been to the binders?
17      Q.  Yeah.
18      A.  You know how they're always like crooked,
19  and messed up and reds here, whites here and yellows
20  here and pinks here and greens here, and they're all
21  mixed up.  That would be my job.  So it would take me
22  a while.
23      And Joe, when I told him that, he laughed
24  because he's like, "Are you serious?"  I just couldn't

Page 280

JEFFERY HEITZENRATER - BY MR. HUTTON

1  believe he was talking to me that way.  That's what it
2  was.
3       Q.  Were there any, perhaps less skilled or
4  lower-paid employees in the store who knew how to down
5  stock the binders?
6       A.  That's a possibility.  I mean, I was just
7  doing what I was told, you know, by my boss.  What am
8  I going to tell him?  No.
9       Q.  Well, did you ever ask him whether it was
10  okay to assign that to someone else?
11      A.  I mean, basically when he would talk to
12  me, it would be quick, quick, quick.  So, "Hey, I need
13  you to down stock, fill a binder wall."  So that's
14  what I would do.  You know what I mean?
15      No.  I was cultured to almost listen to
16  what he, you know, would tell me what to do and I'd do
17  it.
18      Q.  Okay.  It just seems to me that I am
19  hearing that you're a pretty fine seller, and that
20  maybe there might be some associates out there who
21  don't sell as well as you, and it might make sense to
22  assign that routine work to someone who doesn't have
23  the sales skills?
24      A.  Again, that's what I brought up to Joe

Page 281

JEFFERY HEITZENRATER - BY MR. HUTTON

1  Nosko and told him, you know, that it was frustrating
2  and, you know, we went over that when I told him.
3       Q.  What did you use -- they call it a
4  "boundless radio."  What did you use it for?
5       A.  Communicating with other people if I
6  needed help with something.
7       Q.  Would there be any other reason to
8  communicate with other people except to ask them for
9  help?
10      A.  Yeah.  Everyone in the store would
11  communicate on it.  Basically, you know, if the
12  ImPress supervisor was away from, you know, his desk,
13  you know, somebody might chime in and say, "You have a
14  customer back here," just to let them know.
15      Or if the tech specialist was away, the
16  cashier that's always up front might say so and so,
17  you have a customer in printers or something like
18  that.  That was what it was, pretty much, you know,
19  communication.
20      Q.  Would you ever use the radio to coach
21  associates?
22      A.  Not that I can recall, no.
23      Q.  Did anyone ever use the radio to coach
24  associates?

Page 17

JEFFERY HEITZENRATER - BY MR. HUTTON

1  JEFFERY HEITZENRATER - BY MR. HUTTON
2     Q.  How did you gain knowledge from your uncle
3  about business matters?
4        MR. PALITZ:  Objection.
5        You can answer.
6     A.  I don't understand your question.
7     Q.  Sure.  You said you've gained a lot of
8  knowledge from your uncle about business matters.
9  What kind of knowledge are you referring to?
10    A.  How to run a business.  How to be
11 successful.
12    Q.  Does he run a business?
13    A.  He's done many businesses.
14    Q.  Have you worked with him in any of his
15 businesses?
16       MR. PALITZ:  Objection.
17       You can answer.
18    A.  Okay.  Now I'm confused.  I don't
19 understand.
20    Q.  Your uncle runs a bunch of businesses;
21 right?
22    A.  Yeah, in the past.
23    Q.  Have you worked with him in any of those
24 businesses?
25       MR. PALITZ:  Objection.

Page 18

1  JEFFERY HEITZENRATER - BY MR. HUTTON
2        You can answer.  If I object, you can
3  answer unless I say otherwise, just so you know.
4     A.  Yeah.  Budget Self Storage.
5     Q.  So that was a family business, so to
6  speak?
7     A.  He ran it.
8     Q.  Any others?
9     A.  Just residential properties, property
10 maintenance and ideas of, you know, how, you know, it
11 works, how to acquire properties and things of that
12 nature.
13    Q.  Is he an investor or partner or member in
14 your current business?
15       MR. PALITZ:  Objection.
16       I hope we're going to tie that back to the
17 case soon.
18    A.  He was.
19    Q.  Is that past tense?
20    A.  Past tense.
21    Q.  Is that business still ongoing --
22    A.  Let me go back --
23       MR. PALITZ:  Objection.
24    A.  Let me go back to that other question that
25 you asked if he was a partner.  He was a lender.

Page 19

1  JEFFERY HEITZENRATER - BY MR. HUTTON
2     Q.  Okay.  So in any event, apparently you had
3  some conversations with your uncle about your position
4  at OfficeMax?
5     A.  About this, correct.
6     Q.  What prompted you to have those
7  conversations?
8     A.  Because I was unsure.
9     Q.  About what?
10    A.  This, you know, misclassification of my
11 job title and what my duties were.
12    Q.  When did you first have those
13 conversations with your uncle?
14    A.  In the beginning of this case.
15    Q.  Can you put a time frame on it?
16    A.  No.  I didn't record a time, so I couldn't
17 tell you.
18    Q.  Were you working at OfficeMax at the time?
19    A.  No, no.
20    Q.  Do you know what happened in your life
21 experience that caused you to wonder whether you were
22 classified correctly during the time period you were
23 working at OfficeMax?
24    A.  Yeah.  I mean, simply because, you know,
25 just not being involved in any of the -- any of the

Page 20

1  JEFFERY HEITZENRATER - BY MR. HUTTON
2  managerial duties, I guess, made me think a little bit
3  about it, you know, sure.
4     Q.  What do you mean when you say that you
5  weren't involved in any of the managerial duties at
6  OfficeMax?
7     A.  Basically, you know, when I took the job,
8  you know, there was some expectations from myself and
9  that were portrayed, I guess, in a way from the
10 interviews that you would -- you know, I would be able
11 to have control.  And then after, you know, starting
12 at OfficeMax, it became obvious that, you know, I was,
13 I guess, I was a glorified stock boy.  So, you know,
14 it wasn't what I thought, I guess, in what was
15 portrayed.
16    Q.  When you say there was some expectations
17 on your part that you would "have control," what was
18 said or done --
19    A.  Excuse me.  Sorry to interrupt.
20       I don't think that there were expectations
21 from the company to me.  In the way you worded it, it
22 sounded that way.  So I want to correct you and say
23 that, my expectations for the company, when they were
24 portrayed to me in the interview, were that, you know,
25 there would be managerial stuff to do, and clearly

Page 310

JEFFERY HEITZENRATER - BY MR. HUTTON
1
2    A.  Yes -- or no.  Wait.  Says witness
3  signature.  Yeah.
4    Q.  Do you know of any instance when the store
5  used an hourly employee to sign a separation notice?
6    A.  Okay.  Rephrase that for me once.
7    Q.  Yeah.  You signed as a manager.  Do you
8  know whether an hourly employee has ever been asked to
9  sign a separation notice as a manager?
10    A.  Oh, as a manager?
11    Q.  Yeah.
12    A.  No.  They wouldn't sign as a manager, no.
13    Q.  Kind of went with the stripes of having
14  that job on that day, didn't it?
15    A.  It went with the stripes.
16    Q.  Did you also participate in the promotion
17  interviews of -- did I ask about Ashley King?  Ashley
18  King, Mike Knapp and Missy Mauer?
19    A.  Rephrase that.
20    Q.  Yeah.  Were Ashley King, Mike Knapp and
21  Missy Mauer interviewed for a promotion during the
22  time that you worked at Store 898?
23    A.  I believe that was when Josh was there,
24  yes.
25    Q.  Did you participate in any of those

Page 311

JEFFERY HEITZENRATER - BY MR. HUTTON
1
2  promotion interviews?
3    A.  I think that -- I don't think I
4  interviewed any of them.  I think that Colleen might
5  have been there as well.  And Josh, I believe, was
6  there.
7       And Missy, you know, and Mike Knapp -- and
8  who was the other?
9    Q.  Missy Mauers, Mike Knapp, Ashley King --
10  actually Tim Shiffer or Shiffer -- I'm not sure how to
11  pronounce it --
12    A.  Who's Ashley King?  I don't even know that
13  person.
14    Q.  She was a store employee.
15    A.  Ashley Ming?
16    Q.  Ming.  Thank you.
17    A.  I don't believe -- I don't believe I
18  participated in them.  I can't remember for sure.  But
19  I do remember Missy has been a cashier at that
20  business for a long time, and I told Josh -- or
21  whoever was doing the interviews, I can't remember
22  now -- but that I thought, you know, it would be good
23  for her to, you know, move up through the company,
24  she's been there so long.  And, you know, that's where
25  it was left.  And I don't think she was hired for the

Page 312

JEFFERY HEITZENRATER - BY MR. HUTTON
1
2  position.  And I don't even remember what the position
3  was, but she's still a cashier.
4    Q.  Was she interviewed for the position at
5  your suggestion?
6    A.  I believe so.  I couldn't tell you for
7  sure though.
8    Q.  And I think we talked about Mike.  You
9  recommended Mike.  Mike applied for the position?
10    A.  It's for the ops manager.
11    Q.  Ops manager.  All right.
12    A.  Well, actually, Colleen wanted to hire him
13  for that position.
14    Q.  And you spoke up on his behalf and agreed
15  that he would be a good selection, didn't you?
16    A.  I would say that -- I would say Colleen
17  and Josh came to that conclusion.  My understanding
18  from before I was there, Mike applied for the
19  assistant store manager job -- or didn't apply for it,
20  but was recommended by Colleen to apply for it.  So
21  they'd been wanting to promote him for a time being.
22  So I don't think that had to do anything about me.
23    Q.  That may be so.  I just wanted to find
24  out, were you -- did you recommend that he'd be a good
25  candidate for advancement?

Page 313

JEFFERY HEITZENRATER - BY MR. HUTTON
1
2    A.  Well, I thought all of them would be a
3  good candidate for advancement.
4    Q.  Okay.  We earlier talked about the selling
5  and service reports.  Do you remember that?
6    A.  Uh-huh.
7    Q.  Okay.  Just a couple pieces of paper that
8  relate to them.
9       (The following exhibit was marked for
10       identification: EXH Number 22.)
11    Q.  Showing you what's been marked for
12  identification as Exhibit 22.  This is something
13  called a 2011 Selling and Service Reports Training
14  Guide; right?
15    A.  Uh-huh.
16    Q.  And when you mentioned that Josh did some
17  training around selling and service reports, is this,
18  in essence, the training that Josh did?
19    A.  To who?
20    Q.  To you and to others at Store 898.
21    A.  I don't recall, per se, that we went over
22  this particular packet.  The way it was portrayed to
23  me, "ink and toner attached percentage to business
24  machines.  15 percent weighted."
25       So here's the thing with that.  When you

Page 314

1    JEFFERY HEITZENRATER - BY MR. HUTTON
2  sold a printer, the way he portrayed it, sell an ink
3  cartridge with it, or PC attachment percentage.  When
4  you sell a laptop, don't just sell a laptop.  Sell a
5  mouse with it.  Okay?
6       "PC average ticket."  Oh, okay.  So, you
7  know, and the same thing.  If it's a $500 laptop, try
8  to sell, you know, however many dollars worth, you
9  know, he would tell us that, paper.  Attached ink and
10 toner.
11      We would always put paper out by the cash
12 register and, you know, he would tell us, "When you're
13 running cash register, if somebody comes up with an
14 ink cartridge, sell them a ream of paper."
15      And then "average transaction INC
16 percentage."  I'm not really certain what that is.
17      Q.  The store had certain goals to meet in
18 each and every one of these, and in this case I think
19 there are five selling report metrics; right?
20      A.  Uh-huh.  Right.
21      Q.  Am I right?  And if we turn to the next --
22 further back if we turn to page 8180, or page 6 of 14,
23 it had eight different service report metrics as well;
24 right?
25      A.  Right.

Page 315

1    JEFFERY HEITZENRATER - BY MR. HUTTON
2      Q.  And those were published and the store was
3  measured on whether it was achieving those targets in
4  each of those, what turn out to be -- I don't know.
5  Forget the number.  It's too late in the day --
6  several selling service metrics; correct?
7      A.  Right.
8      Q.  Okay.  Now, this training guide, it says
9  it applies to the store leadership team.  Were you on
10 the store leadership team?
11      A.  As the title I should have been.  Sure.
12      Q.  And it says that store leadership team
13 must read training guide to fully understand each
14 report metric regarding expectations.
15      So do you know whether or not you ever
16 were -- read it?
17      A.  I think this is one of those things where
18 it would come up on the portal, and Josh would be
19 like, "Oh, just check it off and read it some other
20 time.  We're busy right now."
21      But, you know, again, getting back to the
22 MaxAssurance sales, that was a big thing that our
23 store focused on, and control center of selling.  You
24 know, the other stuff I never even knew existed.
25      Q.  Well, we're going get to this in a minute.

Page 316

1    JEFFERY HEITZENRATER - BY MR. HUTTON
2  But it's kind of interesting, maybe.
3       If you turn to page 4, 5 and 6 -- 4 and 5
4  of 18 where it's got the selling reports.
5      A.  Let's see here.  Okay.  This page
6  (indicating)?
7      Q.  Yeah.  Well, this page, 4 of 14.  Do you
8  see that one?
9      A.  Uh-huh.
10      Q.  Page 178 at the bottom.
11      A.  Uh-huh.
12      Q.  Okay.  So the selling -- if the selling
13 metric is average transaction inc. percentage --
14 increase percentage?
15      A.  To a printer.
16      Q.  Average transaction increase percentage,
17 is what mine says at the top.  Is that what yours
18 says?  Yeah.  We're reading the same one.
19       Says, "If your percentage is green,
20 celebrate the achievement."  If it's below minimum
21 expectation, then it's got some suggestions of what
22 you can do to your store -- at your store to do better
23 in this area.  Do you see that?
24      A.  Uh-huh.
25      Q.  And as I was looking at this last night,

Page 317

1    JEFFERY HEITZENRATER - BY MR. HUTTON
2  there's a list of suggestions for each and every one
3  of the selling and service report metrics, isn't
4  there?
5      A.  Looks like it.
6      Q.  Were there things that you or Josh could
7  do in your store to cause your store to achieve these
8  results?
9      A.  Yeah.  When we needed to up anything, you
10 know, Josh or I would both be on the floor selling and
11 doing it.  You know, he would tell the associates
12 whether or not, you know -- like I said, he would tell
13 us, "Sell a ream of paper with an ink cartridge," or
14 "When you sell a printer, don't just sell a
15 MaxAssurance.  Sell an ink cartridge with it."  Things
16 of that nature.
17      I guess, does that answer your question.
18      Q.  Well, I don't want to beet a dead horse,
19 but if I take this first one where it says, "If you
20 are below minimum expectation or average
21 transactions," it says, in essence, are your
22 associates aware of the improvement expectation in the
23 daily average expectation.  Are your top performers
24 being recognized?  Are your associates aware of
25 opportunities?  You know, review this coaching video.

Page 318

JEFFERY HEITZENRATER - BY MR. HUTTON
1 Review the mystery shop performance and communicate
2 opportunities.
3     There are some sort of concrete
4 suggestions.
5     A. Yeah. And the big thing is with this -- I
6 wish I had the time, you know, to read it in-depth and
7 go over it and have time to MOD more than we did,
8 because I feel like the store was, as a whole,
9 MaxAssurance was phenomenal, but these other areas
10 weren't being focused on because maybe -- you know,
11 even Joe had said at a time, even the way the message
12 is being relayed down is just not there. You guys
13 need to work on that.
14     He'd say that to Josh, and then, you know,
15 Josh would get mad at me because I didn't do
16 something. But I had no idea I had to do it. And
17 every time I wanted to do it, he wouldn't allow it to
18 be done. That's something I wanted to tell you.
19     Q. I understand. But do you understand that
20 your store's performance and your performance was
21 judged on whether these metrics were being achieved?
22     A. I understand, again, the MaxAssurance and
23 things like that, and then the printer attachment and
24 that, so I understand that.

Page 319

JEFFERY HEITZENRATER - BY MR. HUTTON
1     (The following exhibit was marked for
2     identification: EXH Number 23.)
3     (There was a discussion off the record.)
4     Q. This is a colorful exhibit of something
5 called the Speed Report. Surely in your management of
6 Store 898 in 2011 you saw these Speed Reports, didn't
7 you?
8     A. Josh would print them up and put them on
9 there. We would look to see what color we were and
10 that's about it.
11     Q. Red is not good, is it?
12     A. I don't believe so.
13     Q. Okay. And as the assistant manager, did
14 you ever look to see what all these different metrics
15 were that the stores were being measured on?
16     A. The mystery shop score I knew of.
17     Web survey. Not familiar.
18     MaxPerks. Brittney was doing it, you
19 know, not the right way, so that's a problem. But I
20 knew about, you know, every person that came through
21 you would want to ask them for their scan MaxPerk's
22 card, and I did it when I was running cashier.
23     Customer complaints. You know, again, as
24 I said before, I didn't really see any but that

Page 320

JEFFERY HEITZENRATER - BY MR. HUTTON
1 apparently was one.
2     Q. Refund percent?
3     A. Refund percent. There was a policy -- and
4 I did a lot of refunds. There was a policy that Joe
5 Nosko, when I first started, came to me and said, "If
6 a customer brings something in, don't start an
7 argument. Refund it," because they had a return
8 policy -- and I don't remember what the return policy
9 was exactly. But if it was outside, then you couldn't
10 return it. But you could still give them a merchant
11 card, okay, like a gift card for the store rather than
12 their money back.
13     So they didn't -- he didn't want
14 complaints going to corporate in his district for
15 something that's 15 days past where the refund policy
16 says. So that's why that would probably be high, I
17 would imagine.
18     Q. So you could make exceptions to, quote,
19 unquote, to "delight the customer"; right?
20     A. In particular situations Joe told me to do
21 something, I wasn't going to argue with him for sure.
22     Q. But would you exercise your judgment on
23 whether to make an exception or not depending on what
24 the customer needed and what it would take to resolve

Page 321

JEFFERY HEITZENRATER - BY MR. HUTTON
1 the customer problem?
2     MR. PALITZ: Objection.
3     A. You know, like I said, if you came in to
4 OfficeMax and you said, "Hey, you know, I bought this
5 pen. It's $50 and, you know, it's got a little
6 scratch in it, you know, I don't want it anymore," or
7 something like that, and you're ten days past the
8 thing, you know, all the time you were supposed to,
9 you know, refund it. You know, now using your
10 judgment, I would say that's pretty self-explanatory,
11 right? I mean, I don't know.
12     Does that answer your question?
13     Q. Well, as a store manager, you're faced
14 with that situation, might you first say to the
15 customers, "Oh, well, let me get you a new one that's
16 not scratched." In other words, do an exchange
17 instead of a refund?
18     MR. PALITZ: Objection.
19     Q. That's another way to handle that, isn't
20 it?
21     A. Well, I gave you a situation. Maybe it
22 wouldn't have been a refund in that particular
23 situation. If they were unhappy for whatever reason,
24 possibly. I don't know. It just depended on what the

Page 21

JEFFERY HEITZENRATER - BY MR. HUTTON

1  there wasn't.
2      Q. And do you recall what was said or done in
3  the interview to create those expectations in your
4  mind?
5      A. Basically, we went over what was posted on
6  the job description. So it's all right down on paper.
7  It shows what it was and we went over that.
8      Q. When you say "we," who?
9      A. Joe Nosko and I, who was the district
10  manager for OfficeMax. And we had the interview in
11  Williamsville, New York, at a different store.
12      Q. I'll circle back and probably ask you some
13  more questions about your interview, but for now my
14  question is: Did there come a point in time when you
15  saw some divergence between what you were doing day to
16  day in your role and what those expectations
17  originally had been?
18      A. Rephrase that for me, please.
19      Q. Yeah. What changed?
20      A. In what?
21      Q. What was there about your actual job as an
22  OfficeMax assistant manager that caused you to think
23  that you were doing something different than what was
24  described?

Page 22

JEFFERY HEITZENRATER - BY MR. HUTTON

1      A. I don't think that anything changed, you
2  know. What I meant by that is the job description
3  said one thing. I showed up for work. We did, you
4  know, certain things, like stocking shelves, down
5  stocking the binder wall, putting freight onto the
6  floor physically. You know, all these things that
7  were really not listed, you know, so I knew
8  immediately -- you know, I figured I'd give it time --
9  give it some time to see if it would change. So
10  nothing ever changed. It was always the same. It was
11  consistent.
12      Q. Did you perform any management functions
13  during the time you worked at OfficeMax?
14      MR. PALITZ: Objection.
15      You can answer.
16      A. Not really. You know, I would say -- I
17  would say as the title of assistant store manager, you
18  know, we basically -- we had the same exact job and
19  duties as what we did as an operations manager, which
20  was supposedly below an assistant store manager.
21      And, basically, what an operations manager
22  did was -- that I did that you would consider on the
23  job duties maybe, is open and close the store. That
24  was important. But, again, the operations manager did

Page 23

JEFFERY HEITZENRATER - BY MR. HUTTON

1  that.
2      We counted down the cash drawers at the
3  end of the night, but, again, the operations manager
4  did that.
5      And then planograms was a big thing. You
6  know, it would come down on the list electronically,
7  and it would say what needs to be done. Okay. So,
8  you know, even the store associates would see that and
9  check off on it?
10      So, basically, as far as that goes, you
11  know, there's -- that's what I'm saying to that.
12      Q. Were there other things that you did with
13  your day that were different than you were led to
14  be -- led to believe you would be doing?
15      A. Yeah. I mean, you know, when I first
16  started with the company, I was very excited. You
17  know, I was excited to start with a large company and,
18  you know, my expectations of the company were that I
19  would have the ability to manage and to grow with the
20  company.
21      But soon to believe -- when Josh, who was
22  the store manager of the Batavia, New York, store that
23  I worked at, came in, he basically told me and
24  delegated to me everything that I should be doing,

Page 24

JEFFERY HEITZENRATER - BY MR. HUTTON

1  which included a few things I can remember that come
2  to my mind is -- I spoke to the district manager about
3  it -- is down stocking the binder wall. Okay. So
4  that means taking them from up top, putting them on
5  the shelf, making them all neat, changing labels,
6  making new labels for the prices, and then setting
7  planograms. That was a lot of my time is setting
8  planograms and stocking shelves, so, yeah.
9      Q. Okay. During the time you worked at
10  OfficeMax, did you have a computer at home?
11      A. Yes.
12      Q. Did you ever use it for any OfficeMax
13  business?
14      A. No.
15      Q. Did you have a smart phone?
16      A. Yes.
17      Q. Did you ever use it for OfficeMax
18  business?
19      A. Not for business, no.
20      Q. Okay. Back then who was your provider for
21  your smart phone?
22      A. Verizon, I believe.
23      Q. Is Verizon still your provider?
24      A. We've switched to -- my business partner

Page 33

JEFFERY HEITZENRATER - BY MR. HUTTON

1
2   Q. Has it paid you a salary?
3   A. Yes.
4   Q. How much have you earned at InkTech?
5      MR. PALITZ: Objection.
6   A. Yeah. I don't understand the relevance of
7   that question.
8      MR. PALITZ: You can answer, though, but
9   yeah, you're right.
10  A. Yeah. I'm not comfortable answering that
11  question. I mean, I can. It doesn't matter.
12  Q. Okay. How much?
13  A. I just don't tell anybody that.
14  Q. How much have you earned at InkTech?
15  A. Last year my personal take was -- I
16  couldn't tell you exactly -- $19,000 in the first
17  year of business.
18  Q. Does it have a website?
19  A. It does.
20  Q. And on that website are there any written
21  or electronic profiles of you, your credentials or
22  your experience?
23  A. Well, my LinkedIn is the only thing on
24  there. We did have InkTech Facebook or my InkTech
25  Facebook. But, basically, when we put a post on

Page 34

JEFFERY HEITZENRATER - BY MR. HUTTON

1
2   there, it's for discounts and us building the store
3   when we had retail, putting the sign up and stuff like
4   that. But, yeah, that's about it, I guess, that I can
5   remember.
6   Q. Well, in that Facebook -- is there
7   anything in that Facebook that references you, your
8   role, your background, your experiences or your
9   capabilities?
10  A. Not that I can remember on Facebook, no.
11  Q. Does InkTech have any business plans,
12  written business plans?
13     MR. PALITZ: Objection.
14  A. I don't think so, no.
15  Q. Did you put together a business plan or
16  anything to share with your uncle in securing a loan?
17     MR. PALITZ: Objection.
18  A. No.
19  Q. Does InkTech have any promotional
20  materials that reference you, your role with the
21  company, your background, your capabilities or your
22  experiences?
23     MR. PALITZ: Objection.
24  A. That I can remember, no. All our
25  literature was basically just discounts. You know

Page 35

JEFFERY HEITZENRATER - BY MR. HUTTON

1
2   what I mean? Handing out discounts to new businesses.
3   Q. When did you form the idea of starting
4   InkTech?
5      MR. PALITZ: Objection.
6   A. I can't recall. I think when I decided to
7   leave OfficeMax.
8   Q. When did you -- when did you first decide
9   that you were going to leave OfficeMax? That really
10  is my question.
11  A. Okay. When the store manager just, you
12  know -- getting back to, you know, my job at OfficeMax
13  as stocking shelves. You know, it really was a
14  bothersome thing.
15     So, you know, Joe Nosko, the district
16  manager, came into the store and he came up to me and
17  asked me how I was.
18     And I said, "Well, I'm not doing too
19  good."
20     And he said, "Why?"
21     And I said, "Because every time I come
22  into the store, the first thing the store manager says
23  to me is, 'Go down stock and fill the binder wall.'"
24     So my job there was to stock shelves, and
25  I was just getting tired of it. So I told him, I

Page 36

JEFFERY HEITZENRATER - BY MR. HUTTON

1
2   said, "I'm going to give you a notice," and he didn't
3   want me to do that. He want me to stay with the
4   company. And I told him I couldn't do that. So he
5   talked me into staying. So I gave him a six-week
6   notice at that time he talked me into staying, and I
7   waited four weeks and gave him a two-week notice and I
8   left.
9   Q. Okay. So you first really thought about
10  leaving about six weeks before you actually left;
11  right?
12  A. Right.
13  Q. And so I happen to remember that your last
14  day was October 14th or 15th, something like that?
15  A. I don't remember.
16  Q. So I'm saying that -- I'm guessing that
17  about the first of September is when you first thought
18  you would leave OfficeMax; right?
19     MR. PALITZ: Objection.
20  A. I don't remember.
21  Q. And when was InkTech up and running for
22  business?
23     MR. PALITZ: Objection.
24  A. I don't remember the exact date, but
25  October 31st or November 1st.

Page 37

JEFFERY HEITZENRATER - BY MR. HUTTON
1
2   Q. Okay.  So you had to lease a space and --
3   A. No.
4   Q. So you started without a space at first?
5   A. Well, we started with a space, but I
6   didn't have to lease it.  It was -- my family already
7   had the space.
8   Q. Okay.  Got it.
9       So were you making some preparations to go
10  into the InkTech business during your last weeks of
11  employment with OfficeMax?
12  A. I don't really recall exactly when we made
13  preparations to go into InkTech.
14  Q. Can you estimate for me?
15  A. It was a fast process, you know.  When we
16  left OfficeMax, it was a fast process.
17  Q. Who's "we"?
18  A. My business partner Mike.  He was the
19  operations manager at OfficeMax.
20  Q. Okay.  So is it operations manager or
21  operations supervisor?  Do you remember?
22  A. I think they call them manager.
23  Q. Okay.  And so you and Mike kind of decided
24  together that you would leave and form this business?
25  A. Yeah.

Page 38

JEFFERY HEITZENRATER - BY MR. HUTTON
1
2   Q. Okay.  When did you first have those
3   discussions with Mike?
4   A. When I was getting ready to leave, you
5   know, we had discussions about it just jokingly.  And,
6   you know, we had the ability to get the money to do
7   it, so we decided to do it.
8   Q. Now, I'll ask more questions about this
9   later, but what exactly was Mike's job?  What did Mike
10  do at the store --
11  A. At OfficeMax?
12  Q. -- as operations -- at OfficeMax as the
13  operations supervisor or manager, whichever it was
14  called?
15  A. Right.  He did pretty much the same duties
16  that I did.  I would say 100 percent the same duties
17  and, you know, I counted down cash drawers; opened and
18  closed the store; had a key code for Stanley, which is
19  a security firm that guards the facility -- not guards
20  it, but, you know, electronically.  And, you know, so
21  he did all the day-to-day stuff, you know, and
22  stocking shelves and everything else, so...
23  Q. Can you think of any differences between
24  his role or his responsibility and yours during the
25  time that he and you worked there?

Page 39

JEFFERY HEITZENRATER - BY MR. HUTTON
1
2   A. No.  They were very alike.
3   Q. Okay.  They were essentially twins in your
4   mind?
5   A. I don't know about, you know, any of that.
6   I'm just saying they were alike.
7   Q. How long had he worked at OfficeMax?
8   A. I'm not 100 percent sure, but a few years,
9   I believe.
10  Q. How long had he been serving as the
11  operations supervisor or manager for the store?
12  A. That position was created recent, so not
13  long.
14  Q. Can you approximate for me?  Was it
15  sometime in 2011?
16  A. Yeah.  Right.  Because that's when I
17  started with the company.
18  Q. And do you recall actually interviewing
19  him for that role?
20  A. No.
21  Q. Did you recommended him for that role?
22  A. No.
23  Q. Who selected him for that role?
24      MR. PALITZ:  Objection.
25  A. Josh did.

Page 40

JEFFERY HEITZENRATER - BY MR. HUTTON
1
2   Q. Did Josh have any discussions with you at
3   all about your opinion on whether Mike was a good
4   candidate for that role?
5   A. Josh and I very rarely had any discussions
6   because, you know, he basically made all the decisions
7   at the store.  I would say, you know, almost all of
8   them -- or all of them, yeah.  So, no, we didn't have
9   any discussion about that.
10  Q. Not a word was spoken between you and he
11  about whether Mike was a good candidate for that role?
12      MR. PALITZ:  Objection.
13  A. Not that I can recall.
14  Q. So you're not ruling it out.  You just
15  don't remember it; is that right?
16      MR. PALITZ:  Objection.  Asked and
17  answered.
18      You can answer.
19  A. I don't recall for sure.  I mean, I can't
20  remember every word spoken ever.  So I guess you could
21  rule out everything that I don't know.  Right?
22      I mean, I don't know for sure if Josh had
23  mentioned to me "should I hire him," but, I mean, I
24  don't know.
25  Q. Okay.  Do you know whether anyone besides

Page 49

JEFFERY HEITZENRATER - BY MR. HUTTON

1 stuff.
2     Q.  Okay.  And it says:  Retail store and 25
3 employees.
4     Is that about the number of employees that
5 worked at Store 898?
6     **A.  I never had a firm count on them simply**
7 **because I just, you know, they were in and out, and I**
8 **was there for so long, I just had no idea.  But**
9 **roughly.**
10     Q.  And to be fair, that would include a lot
11 of part-timers and a handful of full timers; right?
12     **A.  Everyone, roughly, yep.**
13     Q.  So if one were to take a snapshot at any
14 given period of time over the year that you worked in
15 Store 898, there would be more or less 25 people on
16 the payroll; right?
17     **A.  Roughly, yeah.**
18     Q.  And you say here:  I oversaw aspects of
19 the business.
20     What did you mean by those words?
21     **A.  Well, those words are meaningless.  You**
22 **know, I embellished and, you know, so I'm under oath**
23 **now and I'm telling you that that is not true.**
24     Q.  Well, did you oversee any aspects of the

Page 50

JEFFERY HEITZENRATER - BY MR. HUTTON

1 business?
2     **A.  I didn't oversee anything, no.**
3     Q.  What was the business?
4     **A.  What was the business?  What does that**
5 **mean?**
6     Q.  It says:  I oversaw all aspects of the
7 business.
8     What was the business?
9     **A.  The business, referring to OfficeMax as a**
10 **whole, would be that.  You know, it's under that job**
11 **description.**
12     Q.  Did you oversee any aspect of the business
13 besides stocking shelves and menial tasks?
14     MR. PALITZ:  Objection.  Asked and
15 answered.
16     **A.  No, I didn't oversee any aspects of the**
17 **business.**
18     **Again, the operations manager that was an**
19 **hourly associate did every aspect of the business that**
20 **I was able to do and did do.  So, again, the only**
21 **thing that would be overseen was opening the store**
22 **perhaps, or counting down the cash drawers at the end**
23 **of the night.  Other than that, there wasn't really**
24 **anything that I did differently.  And then --**

Page 51

JEFFERY HEITZENRATER - BY MR. HUTTON

1 **including, you know, stocking shelves and unloading**
2 **trucks and things of that nature.**
3     Q.  And I appreciate your statement, and you
4 have made it two or three times now, that you saw your
5 job as being no different than the operation
6 supervisor or manager.  But it kind of begs the
7 question if I'm trying to figure out what aspects of
8 the business you oversaw.
9     MR. PALITZ:  Objection.  Asked and
10 answered.
11     Q.  And are there any others that you have not
12 shared with us?
13     **A.  No.**
14     Q.  Now, you say that you did scheduling based
15 on forecasted sales.
16     Did you do scheduling at the store?
17     **A.  Very, very seldomly.  Very, very seldomly**
18 **and it was required or asked upon by people above me**
19 **like a store manager.  Very rarely.**
20     Q.  So what's your definition of "very
21 rarely"?
22     **A.  Maybe -- again, I'm not sure the exact**
23 **number.  Maybe four times.  And every time I did it,**
24 **it was either changed or revised by the store manager.**

Page 52

JEFFERY HEITZENRATER - BY MR. HUTTON

1 **So it was never my total and at-most schedule.  It was**
2 **his.  You know, he would come in the next day and**
3 **revise it.**
4     Q.  He would make changes to the schedule that
5 you did?
6     **A.  Right.**
7     Q.  Do you know why he made the changes?
8     MR. PALITZ:  Objection.
9     **A.  I don't know why he did what he did.**
10     Q.  Did you ask him why he made the changes?
11     **A.  He would just say, you know, "This isn't**
12 **the way I want it," or something, and leave it at that**
13 **and then tell me to go do something.**
14     Q.  Now, are you remembering that conversation
15 or --
16     **A.  Not vividly.  And it's not really**
17 **speculation.  It happened a few times every time I did**
18 **it.  So he'd be like -- he'd just look at it and be**
19 **like, uh, and he'd just start writing on it.  And he'd**
20 **say:  "Hey, can you go work on this planogram," or**
21 **something like that.  And then I would leave.**
22     Q.  Now, when you did do the scheduling, did
23 you try to schedule based on forecasted sales?
24     **A.  No.  He would give us -- again, that's**

Page 65

JEFFERY HEITZENRATER - BY MR. HUTTON

1
2    Q. I'm not -- I don't mean the exact words.
3    A. Well, I've never said that, so...
4    Q. Okay. And you're certain?
5    A. It's a long time ago. Again, I've said
6 good things about Joe.
7    Q. Okay. You've mentioned the store walk.
8    A. Right.
9    Q. And, in essence, it's you and he walking
10 around the store, paying attention to lots of little
11 things; right?
12       MR. PALITZ: Objection.
13    A. Mainly -- yeah, cleaning stuff.
14    Q. What besides cleaning would you talk about
15 on the store walks with Joe Nosko?
16       MR. PALITZ: Asked and answered.
17 Objection.
18    A. Yeah, I'm not certain. I don't know what
19 you're saying.
20    Q. Well, did he ask, you know, about any
21 employee issues or whether you were having any
22 problems?
23    A. No. Basically, the only time we talked
24 about problems was when I was ready to -- you know, I
25 was tired of being a stock -- glorified stock boy.

Page 66

JEFFERY HEITZENRATER - BY MR. HUTTON

1
2    Q. Did he talk about any sales strategies,
3 any approaches to sales, about the financial
4 performance of the store?
5    A. Not that I can recall.
6    Q. You're not saying it didn't happen, you're
7 just saying you don't remember it --
8    A. I don't recall.
9    Q. -- is that right?
10       After the store walk, you would then have
11 a list of things that needed to get done?
12    A. Right.
13    Q. And your memory is that all of the things
14 on that list amounted to tasks of cleaning or
15 stocking; is that right?
16    A. Physical stuff, yeah. He was very into
17 cleanliness, which is fine, but, yeah.
18       It's -- you know, I don't think our store
19 struggled at all as far as anything, you know, sales.
20 The associates -- everyone was good at sales, so he
21 never talked about that, to me anyways.
22    Q. Was he also good about -- was OfficeMax
23 also big on serving the customer?
24    A. It wasn't really brought up in our
25 discussions much. You know, there was a time where

Page 67

JEFFERY HEITZENRATER - BY MR. HUTTON

1
2 the -- again, this is through Joe I heard this. It
3 wasn't even something that I was apparently aware of
4 or on site for.
5       The ImPress manager had a copyright
6 picture copied a few times, and he had mentioned, you
7 know, customer service -- which a little caught me off
8 guard -- but he told me the situation and he said,
9 "Well, let the guy sue us. He doesn't have the money
10 to take us to court," and that put a little bad taste
11 in my mouth. Customer service. If that's a value, I
12 didn't feel like that was a good way to handle it,
13 so...
14    Q. So what did you tell him?
15    A. I didn't tell him much. I mean, he's the
16 guy in charge, you know, so I was a little, you know,
17 taken back by it, and then I just left it like that.
18    Q. Okay. So isn't there, in fact, a form or
19 a format that is used when a district manager does a
20 tour of the store?
21    A. I'm not sure on that. I don't think I've
22 ever seen one, and if I have, I don't recall. When
23 Joe and I walked the store, it was legal-pad base to
24 straighten things up.
25    Q. Okay. And you would then write down what

Page 68

JEFFERY HEITZENRATER - BY MR. HUTTON

1
2 needed to get done?
3    A. Everything he told me to write down.
4 Correct.
5    Q. And it was your job to get them done;
6 right?
7    A. Get everything done.
8    Q. Yeah. Now, was it your job necessarily to
9 do it yourself or to decide who was going to do what
10 in getting them done?
11    A. Yeah. It was torn really. When I was
12 there alone, that was the only real time that I had,
13 you know, the ability to give direction of any sorts.
14 And it was direction basically by Joe, and he would
15 delegate it when we were walking the store and say,
16 "This would be a good job for this person" or "This
17 would be a good job for this person."
18       So it wasn't 100 percent my decision. But
19 we did, you know, we walked the store. And he's been
20 in the business a long time, so I looked up to him a
21 little bit on how to do it. So I followed his
22 direction on that.
23    Q. Well -- and you were new to the store at
24 the time; right?
25    A. Sure. Sure.

Page 73

JEFFERY HEITZENRATER - BY MR. HUTTON

1  JEFFERY HEITZENRATER - BY MR. HUTTON
2  in and interviewed was hired.  Then Colleen was like,
3  "Well, Bob, interview her, see if she's good."  And
4  then Bob interviewed her and then hired her.
5      Q.  Are you saying that your opinion was never
6  looked at in making decisions about who to hire or who
7  not?
8      A.  I don't know if it was looked at or not,
9  you know.  It wasn't really asked upon, if, you know,
10  what I thought, you know.  They would say, you know,
11  bring her in, we'll have an interview, or bring them
12  in and we'll have an interview, see what it's like.
13  I'll sit in on it with you.
14      Q.  We'll go into that in detail.
15          How would you describe your working
16  relationship with Colleen?
17      A.  I thought it was okay.
18      Q.  Ever have any friction with her?
19      A.  I don't think so.
20      Q.  Did you find her to be helpful and
21  supportive in your role as assistant manager?
22      A.  She would handle that sort of stuff in a
23  timely fashion.
24      Q.  And would she provide you ideas and advice
25  on how you could handle your end of that job?

Page 74

JEFFERY HEITZENRATER - BY MR. HUTTON

1  JEFFERY HEITZENRATER - BY MR. HUTTON
2      A.  I didn't really talk to her that much
3  about any sort of thing about that.  My time with
4  Colleen was spent over a short period of time when I
5  was the only one at the store.
6      Q.  Did she ever treat you unfairly?
7      A.  I wouldn't say.
8      Q.  Did you ever find her not to be open to
9  your opinions, ideas and concerns?
10      MR. PALITZ:  Objection.
11      A.  Yeah.  Again, we didn't really talk that
12  much about any of my ideas or opinions or concerns.
13  You know, I was only talking to her for that period of
14  time where I -- well, number 1, when I was
15  interviewing for the job before I started.  And then
16  when I had -- you know, when I was the only one at the
17  store.
18      Q.  So it's your testimony that over the
19  course of all encounters that you had with Colleen,
20  there was no time when you shared an opinion, idea or
21  concern with her?  Is that your testimony?
22      MR. PALITZ:  Objection.
23      A.  Again, I'm not completely sure on that.
24  What I do know, though, there was one time where I was
25  contacted by -- what's his name?  Greg Bleakly I

Page 75

JEFFERY HEITZENRATER - BY MR. HUTTON

1  JEFFERY HEITZENRATER - BY MR. HUTTON
2  believe his name was.  He was the representative for
3  OfficeMax that handled loss prevention, and he found
4  that one of the employees; cashier, stock girl,
5  whatever it may be, was running MaxPerks -- which is
6  like a Wegmans shopping card which would calculate
7  points and get rewards on it -- kept scanning it to
8  earn money or whatever it was, and it was going to
9  that address, and it was in her boyfriend's name.
10  Well, he caught all that.
11          He called me and said, "I need you to sit
12  in on a conference call for Colleen and I for this
13  girl that worked there."  Okay.  So I basically had no
14  idea what was going on, but I needed to sit in on
15  there as a witness, and I followed their direction to
16  do it.  And Colleen said, "We should let her go," and
17  I had to sign it.
18          So I guess maybe that could be interpreted
19  as taking her advice maybe?  I don't know.  But I
20  guess that would be the only time that I recall.
21      Q.  Yeah.  I've seen that paperwork.  We'll
22  talk about that.  But before that I want to go back
23  and reask a question, because I'm not sure what your
24  answer was.
25          Is it your testimony that there was no

Page 76

JEFFERY HEITZENRATER - BY MR. HUTTON

1  JEFFERY HEITZENRATER - BY MR. HUTTON
2  time when you shared an opinion, idea or concern with
3  Colleen about an HR issue?
4      MR. PALITZ:  Objection.  Asked and
5  answered.
6      A.  I mean, I don't know, to be real honest.
7  I mean --
8      Q.  Well, we want you to be real honest.
9      A.  Yeah, obviously; right.  I was thinking of
10  a time that -- this is the only other time I guess I
11  remember.
12          But when I first started there -- and
13  that's why everybody left, basically, or resigned or
14  quit, or whatever they did -- when I found -- we had
15  to print off computer counts, whether it be the sales
16  specialists, ops, or whatever, we'd go in the computer
17  place and count and make sure all the high-end items
18  were there correct in inventory.
19          So one of my first days in the store, you
20  know, the store manager wasn't there, so I had to do
21  these counts.  Okay.  So I go in there, and I start
22  counting, and then I go out and I count the displays
23  and we were a computer or two short -- I can't
24  remember the exact amount -- but it was short.  And I
25  couldn't find them anywhere.

Page 105

JEFFERY HEITZENRATER - BY MR. HUTTON
1 to do price overrides, have a security code, and open
2 and close the store, and count cash drawers and
3 everything that I did as an assistant manager at
4 OfficeMax, and he told me, yes, he did, even as a tech
5 specialist.
6        And he also told me that as far as
7 training employees, it was done by the furniture
8 specialist and it was done by him as a tech
9 specialist, and they would take the employees and show
10 them around the store and do all that sort of stuff
11 with, you know, teaching them laptops or teaching them
12 about the furniture. Other than that, you know, done
13 on the computer.
14        So those are the types of things I asked
15 him about to see if it was similar before I had come
16 on, which it was. So that's, you know, a big thing I
17 was wondering about.
18    Q. Did he tell you whether anyone would
19 oversee him or the furniture specialist in their
20 training of others?
21    A. He told me that the assistant store
22 manager before me did more planograms and stocking
23 shelves than I did, which was like all of my time.
24 But that's what he focused on.

Page 106

JEFFERY HEITZENRATER - BY MR. HUTTON
1       As far as him being trained, he told me
2 there wasn't really much. He went to school for
3 computer science, so he was already trained in the,
4 like, laptops and things. So they just started him
5 and said, "All right. Go ahead." So that's what he
6 had remarked.
7    Q. Have you had any -- have you, yourself,
8 had any conversation with any current or former
9 OfficeMax employees about the subject matter of this
10 lawsuit?
11    A. Not that I can think of. I mean, you
12 know, Christian is an old employee. He quit
13 OfficeMax. He started his own business doing roof
14 cleaning, but a...
15    Q. Chris who?
16    A. Hilgan. And he, you know...
17    Q. He was a sales consultant?
18    A. Maybe. I don't know if Josh -- if he
19 promoted him to that or what the deal was, but I don't
20 know what he was. I don't know what his title was.
21    Q. He quit about the same time you did?
22    A. Yeah.
23    Q. In fact, Christian resigned to you, didn't
24 he?

Page 107

JEFFERY HEITZENRATER - BY MR. HUTTON
1    A. Huh?
2    Q. Christian resigned to you, didn't he?
3    A. No, he didn't. He wrote a letter and set
4 it on the desk for Josh to get when he came in.
5    Q. Did you have conversations with Christian
6 about his resignation before --
7    A. I didn't.
8    Q. -- you saw the letter?
9    A. I said, you know, "If that's what you want
10 to do, leave a note for Josh, you know, he'll handle
11 it."
12    Q. So he apparently came to you, said he was
13 going to resign --
14    A. He was talking to other associates about
15 resignation and I caught wind of it. And then he
16 pretty much came to me, and I told him, "The only
17 thing I can tell you is write a letter and leave it on
18 his desk for him."
19    Q. So you talked to him about his
20 resignation, and you advised him to write a letter and
21 leave it on Josh's desk; is that right?
22    A. I told him that's what I think would be,
23 you know, the way to resign, sure. That's what I
24 would assume.

Page 108

JEFFERY HEITZENRATER - BY MR. HUTTON
1    Q. Mr. Heitzenrater, Christian resigned to
2 you, didn't he?
3        MR. PALITZ: Objection. Asked and
4 answered.
5    A. That's kind of a weird way to ask -- kind
6 of made me feel awkward. I don't know if I can sit
7 here with you. Please don't talk to me like that.
8        He didn't resign to me. I just told you
9 that. He wrote a letter and left it on the desk for
10 Josh. If Josh crumpled it up and threw it in the
11 corner, from what I remember, then I guess that would
12 be resigning to me. But from my understanding, he
13 wrote a letter to Josh to resign.
14    Q. Let me rephrase it.
15        Christian -- at least as of that date you
16 were still the assistant store manager at 898; right?
17    A. That's what my title was.
18    Q. And on the day in question, you were
19 working in the store and Josh was not; correct?
20    A. Well, Josh was working that day, but he
21 had left.
22    Q. Okay. Christian came to you and said, "I
23 intend to resign my employment. How should I go about
24 it?" Did he say that to you?