UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---------------------------------------------------------------X
JEFFREY HEITZENRATER, GERONIMO :
PADILLA, TIMOTHY HAWK, VALLIE :
MASIAS, JASON ROBINSON, and :
MARK GENOVESI, Individually and On :
Behalf of All Others Similarly Situated, :
                                                :
               Plaintiffs, : Civil Action No. 1:12-cv-00900-WMS
                                                :
    -against- :
                                                :
OFFICEMAX, INCORPORATED and :
OFFICEMAX NORTH AMERICA, INC., :
                                                :
               Defendants. :
---------------------------------------------------------------X

**PLAINTIFFS' NOTICE OF MOTION TO COMPEL DEFENDANTS'
CORPORATE REPRESENTATIVE TO TESTIFY REGARDING FACTS
UNDERLYING DEFENDANTS' AFFIRMATIVE DEFENSES
OF GOOD FAITH AND LACK OF WILLFULNESS**

PLEASE TAKE NOTICE, that upon the annexed Affirmation of Susan H. Stern, the Exhibits thereto, and the accompanying Memorandum of Law in support, Plaintiffs will move this Court, at a date and time to be determined by the Court, for an Order compelling the corporate representative designated by Defendants, OfficeMax Incorporated and OfficeMax North America, Inc., to testify regarding the facts underlying the asserted affirmative defenses of good faith and lack of willfulness, pursuant to Federal Rule of Civil Procedure 37(a).[1] Plaintiffs also move for such other, further and different relief as this Court may deem just and proper. In accordance with Local Rule 7(a), Plaintiffs intend to file a reply in further support of the instant

---

[1] Plaintiffs are Jeffrey Heitzenrater, Geronimo Padilla, Timothy Hawk, Vallie Masias and Mark Genovesi (collectively "Plaintiffs"). Plaintiffs' counsel has moved to withdraw from representing Plaintiff Jason Robinson (Dkt. No. 136) and the instant motion has not been brought on Mr. Robinson's behalf.

Motion.

Dated: March 13th, 2015
       Boca Raton, Florida

                Respectfully submitted,

                By: /s/ SUSAN H. STERN
                    Susan H. Stern
                    E-mail: sstern@shavitzlaw.com
                    Gregg I. Shavitz
                    E-mail: gshavitz@shavitzlaw.com
                    Paolo C. Meireles
                    E-mail: pmeireles@shavitzlaw.com
                    Michael Palitz
                    E-mail: mpalitz@shavitzlaw.com
                    SHAVITZ LAW GROUP, P.A.
                    1515 South Federal Highway, Suite 404
                    Boca Raton, FL 33432
                    Telephone: (561) 447-8888
                    Facsimile:  (561) 447-8831

                    and

                    Seth R. Lesser
                    E-mail: seth@klafterolsen.com
                    Fran L. Rudich
                    E-mail: fran@klafterolsen.com
                    KLAFTER, OLSEN & LESSER, LLP
                    Two International Drive, Suite 350
                    Rye Brook, NY 10573
                    Telephone: (914) 934-9200
                    Facsimile:  (914) 934-9220

                    *Attorneys for Plaintiffs, the Collective*
                    *and the Classes*

**CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that I electronically filed the foregoing document with the Clerk of Court using CM/ECF on **March 13, 2015**. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Filing.

                **/s/  Susan H. Stern**
                Susan H. Stern

## SERVICE LIST
*Jeffrey Heitzenrater v. Officemax, Inc., et al*
**CASE NO.: 1:12-cv-00900-WMS**
**United States District Court, Western District of New York**

Trent M. Sutton
Email: tsutton@littler.com
LITTLER MENDELSON, P.C.
400 Linden Oaks, Suite 110
Rochester, NY 14625
Phone: 585.203.3400
Fax: 585.203.3414

Lee J. Hutton (admitted *pro hac vice*)
E-mail: lhutton@littler.com
LITTLER MENDELSON, P.C.
1100 Superior Avenue, 20th Floor
Cleveland, OH 44114
Phone: 216.623.6140
Fax: 216.649.0522

Meredith C. Shoop (admitted *pro hac vice*)
Email: mshoop@littler.com
LITTLER MENDELSON, P.C.
1100 Superior Avenue, 20th Floor
Cleveland, OH 44114
Phone: 216.623.6098
Fax: 216.937.0171

Timothy S. Anderson (admitted *pro hac vice*)
Email: tanderson@littler.com
LITTLER MENDELSON, P.C.
1100 Superior Avenue, 20th Floor
Cleveland, OH 44114
Phone: 216.696.7600
Fax: 216.696.2038

Michael G. Congiu (admitted *pro hac vice*)
Email: mcongiu@littler.com
LITTLER MENDELSON, P.C.
321 North Clark Street, Suite 1000
Chicago, IL 60654
Phone: 312-372-5520

Fax: 312-372-7880

*Attorneys for Defendants*

**Served via CM/ECF**